UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN MEDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-30118 |
| | ) |
| MARK L. WOLF, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO DISMISS**

The defendant, Mark L. Wolf, United States District Judge, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim. A supporting memorandum of law accompanies this motion.

The undersigned Assistant U.S. Attorney respectfully requests that she be excused from the conference requirements of Local Rule 7.1 because the pro se plaintiff is incarcerated.

WHEREFORE, the defendant respectfully requests that the court dismiss the complaint.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

Dated: June 10, 2005
By: /s/Karen L. Goodwin
    _____
    KAREN L. GOODWIN
    Assistant U.S. Attorney
    1550 Main Street
    Springfield, MA 01103
    (413) 785-0235

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Dan Medina
P.O. Box 100
S. Walpole, MA 02071

Christopher O. Quaye
Administrative Attorney
Commonwealth of Massachusetts
Administrative Office of the Trial Courts
Two Center Plaza
Boston, MA 02108

/s/Karen L. Goodwin
_____
Karen L. Goodwin
Assistant U.S. Attorney